

🖎AO 241
(Rev 10/07)

FILED
IN CLERKS OFFICE

Page 2

**PETITION UNDER 28 U.S.C. § 2254 FOR WRIT OF**
**HABEAS CORPUS BY A PERSON IN STATE CUSTODY**

| **United States District Court** | District: Massachusetts | |
|---|---|---|
| Name (under which you were convicted):<br><br>Mark Scanzillo | | Docket or Case No.: |
| Place of Confinement :<br>Currently on probation | | Prisoner No.: |

| Petitioner (include the name under which you were convicted) | Respondent (authorized person having custody of petitioner) |
|---|---|
| Mark Scanzillo | v.   John J. O'Brien, Comr. of Probation, Harold W. Clarke, Comr. Dept. of Correction, Commonwealth |

| The Attorney General of the State of Massachusetts |
|---|

**PETITION**

MAGISTRATE JUDGE Bowler

1.  (a) Name and location of court that entered the judgment of conviction you are challenging:

    Brockton Superior Court
    72 Belmont Street
    Brockton, Massachusetts 02301

    (b) Criminal docket or case number (if you know):   PLCR2000-04152

2.  (a) Date of the judgment of conviction (if you know):   10/12/2004

    (b) Date of sentencing:      1/26/2005

3.  Length of sentence:   2-3 years incarceration, 3 years probation upon release

4.  In this case, were you convicted on more than one count or of more than one crime?   ☑ Yes   ☐ No

5.  Identify all crimes of which you were convicted and sentenced in this case:

    2 counts of Rape
    1 count of Indecent Assault & Battery on person 14 or older

6.  (a) What was your plea? (Check one)

    ☑ (1)   Not guilty        ☐ (3)   Nolo contendere (no contest)

    ☐ (2)   Guilty        ☐ (4)   Insanity plea

(b) If you entered a guilty plea to one count or charge and a not guilty plea to another count or charge, what did

you plead guilty to and what did you plead not guilty to?

N/A

(c) If you went to trial, what kind of trial did you have? (Check one)

☐  Jury     ☑ Judge only

7.    Did you testify at a pretrial hearing, trial, or a post-trial hearing?

☑  Yes     ☐ No

8.    Did you appeal from the judgment of conviction?

☑  Yes     ☐ No

9.    If you did appeal, answer the following:

(a) Name of court:        Massachusetts Appeals Court

(b) Docket or case number (if you know):        2005-P-1625

(c) Result:        Judgment affirmed

(d) Date of result (if you know):     5/1/2008

(e) Citation to the case (if you know):

(f) Grounds raised:

1. Ineffective assistance of counsel for counsel's admitted (1) failure to pursue medical and psychiatric evidence, and expert testimony concerning that evidence, critical to the defense because it all showed major propensity of the only state witness to lie; and (2) for failure to present abundant and persuasive character evidence showing Scanzillo's general good character, and his non-violent and respectful nature.
2. Trial judge applied improper standard in her assessment of new evidence offered in support of defendant's motion for a new trial. The standard applied was in violation of petitioner's 6th Amendment rights as stated in Strickland v. Washington, 416 U.S. 668 (1984).
See accompanying Memorandum of Law.

(g) Did you seek further review by a higher state court?        ☑ Yes     ☐ No

If yes, answer the following:

(1) Name of court:        Massachusetts Supreme Judicial Court

(2) Docket or case number (if you know):        FAR-17038

(3) Result:
Application for Further Appellate Review denied

(4) Date of result (if you know):     7/23/2008

AO 241
(Rev 10/07)

(5) Citation to the case (if you know):

(6) Grounds raised:
1. Ineffective assistance of counsel for failure to pursue medical evidence and expert testimony critical to the defense and for failure to pursue character evidence regarding defendant's good reputation. See also Answer 9f
2. Trial judge applied improper subjective standard in her assessment of new evidence offered in support of defendant's motion for a new trial in violation of Strickland v. Washington, 416 U.S. 668 (1984). See also Answer 9f.

(h) Did you file a petition for certiorari in the United States Supreme Court?   ☐ Yes   ☑ No

If yes, answer the following:

(1) Docket or case number (if you know):

(2) Result:

(3) Date of result (if you know):

(4) Citation to the case (if you know):

10.   Other than the direct appeals listed above, have you previously filed any other petitions, applications, or motions

concerning this judgment of conviction in any state court?   ☑ Yes   ☐ No

11.   If your answer to Question 10 was "Yes," give the following information:

(a)   (1) Name of court:   Brockton Superior Court

(2) Docket or case number (if you know):   PLCR2000-04152

(3) Date of filing (if you know):   6/8/2005

(4) Nature of the proceeding:   Motion for New Trial and for Post Conviction Relief

(5) Grounds raised:
1. Ineffective assistance of counsel for failure to pursue medical evidence and expert testimony critical to the defense and for failure to pursue character evidence regarding defendant's good reputation. See also Answer 9f.

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☑ Yes   ☐ No

(7) Result:   Motion for New Trial denied.  Appeal denied by Supreme Judicial Court 7/23/2008.

(8) Date of result (if you know):

(b) If you filed any second petition, application, or motion, give the same information:

    (1) Name of court:    N/A

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

    (6) Did you receive a hearing where evidence was given on your petition, application, or motion?

    ☐   Yes    ☐  No

    (7) Result:

    (8) Date of result (if you know):

(c) If you filed any third petition, application, or motion, give the same information:

    (1) Name of court:    N/A

    (2) Docket or case number (if you know):

    (3) Date of filing (if you know):

    (4) Nature of the proceeding:

    (5) Grounds raised:

(6) Did you receive a hearing where evidence was given on your petition, application, or motion?

☐   Yes      ☐   No

(7) Result:

(8) Date of result (if you know):

(d) Did you appeal to the highest state court having jurisdiction over the action taken on your petition, application,

or motion?

(1) First petition:       ☑ Yes      ☐   No

(2) Second petition:    ☐   Yes      ☐   No

(3) Third petition:       ☐   Yes      ☐   No

(e) If you did not appeal to the highest state court having jurisdiction, explain why you did not:

12.     For this petition, state every ground on which you claim that you are being held in violation of the Constitution, laws, or treaties of the United States. Attach additional pages if you have more than four grounds. State the facts supporting each ground.

CAUTION: To proceed in the federal court, you must ordinarily first exhaust (use up) your available state-court remedies on each ground on which you request action by the federal court. Also, if you fail to set forth all the grounds in this petition, you may be barred from presenting additional grounds at a later date.

**GROUND ONE:**
Ineffective assistance of counsel in violation of the Sixth Amendent right to effective counsel under Strickland v. Washington, supra.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

My trial lawyer knew that there was psychiatric and medical evidence that could cast serious doubt on the complaining witness's credibility. First, after I showed him that this evidence existed, he told the court he needed to pursue this evidence because it was "compelling." Then, as my lawyer later admitted, he abandoned that evidence for what he called scheduling concerns. This was a sex assault case where it was the complaining witness's word against mine. I did not assault her and the medical and psychiatric evidence that my trial counsel admitted that he knew about but  did not pursue was very damaging to her credibility and may well have altered the outcome of the trial. Also, my lawyer refused my request that he present at trial evidence of my good character, respect for others, and propensity for non-violence. This evidence was later called "clear and convincing" by the judge, when she saw it after trial. This evidence also may well have altered the outcome of the trial had it been produced during the trial. We urged the state courts at each level to consider this evidence under the Strickland test but they refused to do so.

(b) If you did not exhaust your state remedies on Ground One, explain why:

(c)     **Direct Appeal of Ground One:**

(1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:     Motion for a new trial on ineffective counsel grounds

Name and location of the court where the motion or petition was filed:
Same as trial court, Brockton Superior Court

Docket or case number (if you know):     same: PLCR2000-04152

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):
See attached 3 page opinion

(3) Did you receive a hearing on your motion or petition?     ☑ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?     ☑ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?     ☑ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
Court of Appeals, Boston Massachusetts

Docket or case number (if you know):     2005 - P 1625

Date of the court's decision:     5/1/2008

Result (attach a copy of the court's opinion or order, if available):
Copy attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

AO 241
(Rev 10/07)                                                                                      Page 8

(e) **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have

used to exhaust your state remedies on Ground One:
> We sought further appellate review from the Massachusetts Supreme Judicial Court, specifically raising the federal constitutional issue that forms the basis of this 2254 proceeding. The case no. was FAR 17038 and that appeal was denied on July 23, 2008.

**GROUND TWO:**
> The trial court refused to follow the test set out in Strickland, supra, in considering the failure of my trial lawyer to obtain and present medical, psychiatric and character evidence, using her personal opinion instead of Strickland's standard.

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):
> In her opinion denying my new trial motion based upon hundreds of pages of new and compelling evidence, the trial judge, considering this evidence fully four years after the trial, ruled against me by saying only that the evidence did nothing to change her mind. She should have followed Strickland's objective test, i.e., whether counsel's admitted failure to present the evidence may have altered the trial's outcome. Her method was personal, subjective, biased, incapable of being reviewed by a higher court, and thus did not meet the Sixth Amendment's guarantee of an objective review of trial counsel's performance under the standards set by the United States Supreme Court in Strickland. At all levels of the state proceeding, we urged the Strickland test but were ignored. The issue is thus preserved for review by this Court.

(b) If you did not exhaust your state remedies on Ground Two, explain why:

(c) **Direct Appeal of Ground Two:**

> (1) If you appealed from the judgment of conviction, did you raise this issue?     ☑ Yes     ☐ No

> (2) If you did not raise this issue in your direct appeal, explain why:

(d) **Post-Conviction Proceedings:**

> (1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

> ☑ Yes     ☐ No

> (2) If your answer to Question (d)(1) is "Yes," state:

> Type of motion or petition:     See above

> Name and location of the court where the motion or petition was filed:
> See above

> Docket or case number (if you know):     See above

> Date of the court's decision:     5/1/2008

AO 241
(Rev 10/07)

Result (attach a copy of the court's opinion or order, if available):

Copy attached

(3) Did you receive a hearing on your motion or petition? ☑ Yes ☐ No

(4) Did you appeal from the denial of your motion or petition? ☑ Yes ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? ☑ Yes ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):     See above

Date of the court's decision:     5/1/2008

Result (attach a copy of the court's opinion or order, if available):

Copy Attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)   **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you :

have used to exhaust your state remedies on Ground Two
Further judicial review sought from the Supreme Judicial Court of Massachusetts; this was denied on
July 23, 2008.

**GROUND THREE:**
Denial of 5th Amendment due process right to have been given adequate notice of the full loss of rights involved
in a waiver of my Sixth Amendment right to a trial by jury and said denial means that I did not knowingly,
intelligently and voluntarily waive my right to trial by jury; and inadequate waiver of said right to trial by a jury.
(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

If the trial judge deciding my case without a jury can then use a purely subjective and unexplained basis for
holding that evidence omitted at trial would not have changed the outcome of my trial, that subjective basis she
used was so vastly different and unfair to me as compared with the reasoned and objective test mandated in
Strickland for determining the prejudice prong of the Strickland formulation, that I should have been informed of
this difference during the proceeding at which I waived my right to a trial by jury. Had I known that the trial judge
would not use the Strickland test but would instead use a personal feeling to determine the prejudice question,
thus making that determination incapable of meaningful review by a higher court, I would not have waived my
right to a jury trial.

AO 241
(Rev 10/07)

(b) If you did not exhaust your state remedies on Ground Three, explain why?

(c)   **Direct Appeal of Ground Three:**

(1) If you appealed from the judgment of conviction, did you raise this issue?   ☑ Yes     ☐ No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)   **Post-Conviction Proceedings:**

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☑ Yes     ☐ No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:       See above

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):     See above

Date of the court's decision:     5/1/2008

Result (attach a copy of the court's opinion or order, if available):
Copy attached

(3) Did you receive a hearing on your motion or petition?   ☑ Yes     ☐ No

(4) Did you appeal from the denial of your motion or petition?   ☑ Yes     ☐ No

(5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal?   ☑ Yes     ☐ No

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:
See above

Docket or case number (if you know):     See above

Date of the court's decision:     5/1/2008

Result (attach a copy of the court's opinion or order, if available):
Copy attached

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you

have used to exhaust your state remedies on Ground Three:

Further judicial review sought from the Supreme Judicial Court of Massachusetts; this was denied on
July 23, 2008.

## GROUND FOUR:

(a) Supporting facts (Do not argue or cite law. Just state the specific facts that support your claim.):

(b) If you did not exhaust your state remedies on Ground Four, explain why:

(c)     **Direct Appeal of Ground Four:**

(1) If you appealed from the judgment of conviction, did you raise this issue?          ☐  Yes     ☐  No

(2) If you did not raise this issue in your direct appeal, explain why:

(d)     **Post-Conviction Proceedings**:

(1) Did you raise this issue through a post-conviction motion or petition for habeas corpus in a state trial court?

☐    Yes     ☐  No

(2) If your answer to Question (d)(1) is "Yes," state:

Type of motion or petition:

Name and location of the court where the motion or petition was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

| | | | | |
|---|---|---|---|---|
| (3) Did you receive a hearing on your motion or petition? | ☐ | Yes | ☐ | No |
| (4) Did you appeal from the denial of your motion or petition? | ☐ | Yes | ☐ | No |
| (5) If your answer to Question (d)(4) is "Yes," did you raise this issue in the appeal? | ☐ | Yes | ☐ | No |

(6) If your answer to Question (d)(4) is "Yes," state:

Name and location of the court where the appeal was filed:

Docket or case number (if you know):

Date of the court's decision:

Result (attach a copy of the court's opinion or order, if available):

(7) If your answer to Question (d)(4) or Question (d)(5) is "No," explain why you did not raise this issue:

(e)     **Other Remedies:** Describe any other procedures (such as habeas corpus, administrative remedies, etc.) that you have used to exhaust your state remedies on Ground Four:

AO 241
(Rev 10/07)

13.   Please answer these additional questions about the petition you are filing:

(a)   Have all grounds for relief that you have raised in this petition been presented to the highest state court
having jurisdiction?   ☑ Yes   ☐ No
If your answer is "No," state which grounds have not been so presented and give your reason(s) for not
presenting them:

(b)   Is there any ground in this petition that has not been presented in some state or federal court?  If so,
ground or grounds have not been presented, and state your reasons for not presenting them:

14.   Have you previously filed any type of petition, application, or motion in a federal court regarding the conviction
that you challenge in this petition?   ☐ Yes   ☑ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, the issues
raised, the date of the court's decision, and the result for each petition, application, or motion filed. Attach a copy
of any court opinion or order, if available.

15.   Do you have any petition or appeal now pending (filed and not decided yet) in any court, either state or federal, for
the judgment you are challenging?   ☐ Yes   ☑ No
If "Yes," state the name and location of the court, the docket or case number, the type of proceeding, and the
raised.

AO 241
(Rev 10/07)

16.   Give the name and address, if you know, of each attorney who represented you in the following stages of the

judgment you are challenging:

(a) At preliminary hearing:
      Kevin Reddington, 1342 Belmont, Brockton, MA 02301

(b) At arraignment and plea:
      Same as above

(c) At trial:
      Same as above

(d) At sentencing:
      Same as above

(e) On appeal:
      John J.E. Markham, II, One Commercial Wharf West, Boston, MA 02110

(f) In any post-conviction proceeding:
      Same as above

(g) On appeal from any ruling against you in a post-conviction proceeding:

      same as above


17.   Do you have any future sentence to serve after you complete the sentence for the judgment that you are

challenging?          ☐  Yes      ☑  No

(a) If so, give name and location of court that imposed the other sentence you will serve in the future:



(b) Give the date the other sentence was imposed:

(c) Give the length of the other sentence:

(d) Have you filed, or do you plan to file, any petition that challenges the judgment or sentence to be served in the

future?                ☐  Yes      ☐  No

18.   TIMELINESS OF PETITION: If your judgment of conviction became final over one year ago, you must explain

the one-year statute of limitations as contained in 28 U.S.C. § 2244(d) does not bar your petition.*
      Not Applicable

AO 241
(Rev 10/07)

_____

\* The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") as contained in 28 U.S.C.   § 2244(d) provides in

part that:

    (1)    A one-year period of limitation shall apply to an application for a writ of habeas corpus by a person in custody  pursuant to the judgment of a State court. The limitation period shall run from the latest of -

        (A)    the date on which the judgment became final by the conclusion of direct review or the expiration of the time for seeking such review;

        (B)    the date on which the impediment to filing an application created by State action in violation of the Constitution or laws of the United States is removed, if the applicant was prevented from filing by such state action;

        (C)    the date on which the constitutional right asserted was initially recognized by the Supreme Court, if the right has been newly recognized by the Supreme Court and made retroactively applicable to cases on collateral review; or

        (D)    the date on which the factual predicate of the claim or claims presented could have been discovered through the exercise of due diligence.

(2)      The time during which a properly filed application for State post-conviction or other collateral review
with respect to the pertinent judgment or claim is pending shall not be counted toward any period of
limitation under this subsection.

Therefore, petitioner asks that the Court grant the following relief:

Reverse the underlying conviction, vacate the judgment of the state court, enter a judgment of not guilty, allow
discovery on and hold an evidentiary hearing on all issues presented by this petition, and then consider the
correct relief after doing so.

or any other relief to which petitioner may be entitled.


_____
Signature of Attorney (if any)


I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct and that this Petition for

Writ of Habeas Corpus was placed in the prison mailing system on _____7/17/2009_____ (month, date, year).


Executed (signed) on _____7/17/2009_____ (date).


_____
Signature of Petitioner

If the person signing is not petitioner, state relationship to petitioner and explain why petitioner is not signing this petition.